```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
PATRICK McLAUGHLIN,

                        Plaintiff,     ORDER OF DISMISSAL

                                       CV 10-3377 (ARR)(MDG)
    - against -

PORT AUTHORITY TANS-HUSDON CORPORATION,

                        Defendant.
- - - - - - - - - - - - - - - - - X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 6 - 2012 ★
BROOKLYN OFFICE

The parties having reached an agreement to settle this action at a conference before Magistrate Judge Marilyn D. Go and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty days of the date of this Order.

Dated:   Brooklyn, New York
         7/5/12

                                       /s/(ARR)
                                       _____
                                       ALLYNE R. ROSS
                                       UNITED STATES DISTRICT JUDGE